IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RICHARD ALLEN EVANS,

        Defendant

07-CR-6076

### CONSENT TO TRANSFER OF CASE
### FOR PLEA AND SENTENCE
*(Under Rule 20)*

I, Richard Allen Evans, the above-named defendant, have been informed that an Information is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Middle District of Alabama, and to waive indictment and trial in the Western District of New York.

Dated: 9-4-07, 2007, at Montgomery, Alabama.

_____
RICHARD ALLEN EVANS
Defendant

_____
Counsel For Defendant

A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By_____
    Deputy Clerk
10/10/07

### APPROVED

TERRANCE P. FLYNN
UNITED STATES ATTORNEY
Western District of New York

By: _____
BRETT A. HARVEY
Assistant U. S. Attorney
Western District of New York

LEURA GARRETT CANARY
UNITED STATES ATTORNEY
Middle District of Alabama

By: _____
A. CLARK MORRIS
Assistant U. S. Attorney
Middle District of Alabama

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

RICHARD ALLEN EVANS,

    Defendant.

07-CR- 6076 L

---

## INFORMATION

### COUNT I

**The United States Attorney Charges:**

On or about September 8, 2006, in the Western District of New York, the defendant, RICHARD ALLEN EVANS, did by force, violence and intimidation take from the person or presence of another money belonging to and in the care, custody, control, management and possession of Citizens Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, specifically the Citizens Bank branch located at 2199 East Henrietta Road, Henrietta, New York,.

All in violation of Title 18, United States Code, Section 2113(a).

DATED: Rochester, New York, May 29, 2007.

TERRANCE P. FLYNN
UNITED STATES ATTORNEY

BY: BRETT A. HARVEY
Assistant United States Attorney
U.S. Attorney's Office
Western District of New York
100 State Street, Suite 620
Rochester, New York 14614
(585) 263-6760, ext. 2249
brett.harvey@usdoj.gov

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By_____
Deputy Clerk
Original Filed 5/29/07

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
## CRIMINAL DOCKET FOR CASE #: 6:07-cr-06076-DGL All Defendants
### Internal Use Only

Case title: USA v. Evans

Date Filed: 05/29/2007
Date Terminated: 10/10/2007

Assigned to: Hon. David G. Larimer

**Defendant**

**Richard Allen Evans (1)**
*TERMINATED: 10/10/2007*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| BANK ROBBERY BY FORCE OR VIOLENCE 18:2113(a) (1) | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Felony | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA    represented by **Brett A. Harvey**
U.S. Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
716-843-5816
Fax: 716-551-3250
Email: brett.harvey@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By_____
Deputy Clerk

| Date Filed | # | Docket Text |
|---|---|---|
| 05/29/2007 | 1 | INFORMATION as to Richard Allen Evans (1) count(s) 1. (JHF) (Entered: 05/30/2007) |
| 05/29/2007 |  | Initial Appearance as to Richard Allen Evans. (JHF) (Entered: 05/30/2007) |
| 10/10/2007 | 2 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Middle District of Alabama. Counts closed as to Richard Allen Evans (1) Count 1. (JHF) (Entered: 10/12/2007) |